IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JING SHAN ZHOU and QING ZHOU, | No.   C-06-3250 MJJ |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiffs have failed to file a written response on an Order to Show Cause issued on May 14, 2007. The Court therefore DISMISSES this matter for failure to prosecute.

The Clerk is directed to close the file and terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 10/10/07

MARTIN J. JENKINS
United States District Judge